UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:15-00030 |
| ) | JUDGE SHARP |
| DEANDRE TILLAGE ) | |
| ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Continue (Docket No. 30) to which there is no opposition.

The motion is GRANTED and the sentencing hearing scheduled for December 18, 2015, is hereby rescheduled for Wednesday, January 13, 2016, at 2:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE