UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:15-00030 |
| | ) | JUDGE SHARP |
| DEANDRE TILLAGE | ) | |
| | ) | |

# **O R D E R**

Pending before the Court is Government's Motion to Continue Sentencing Hearing (Docket No. 32) to which there is no opposition.

The motion is GRANTED and the sentencing hearing scheduled for January 13, 2016, is hereby rescheduled for Friday, March 4, 2016, at 2:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE