UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:15-00030 |
| ) | JUDGE SHARP |
| DEANDRE TILLAGE ) | |
| ) | |

## **O R D E R**

Pending before the Court is Defendant's Motion to Set Plea Date (Docket No. 41).

The motion is GRANTED and a hearing on a plea of guilty in this matter is hereby set for Wednesday, April 20, 2016, at 2:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
———————————————
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE