UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:15-00030 |
| | ) | JUDGE SHARP |
| DEANDRE TILLAGE | ) | |
| | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Reset Sentencing Date (Docket No. 48).

The motion is GRANTED and the sentencing hearing set for June 22, 2016, is hereby reset for Wednesday, July 6, 2016, at 2:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE